ROBERT E. GRADY et al., Respondents, v. ALEXANDER F. BALMAIN et al., Appellants.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.

In the Matter of MARGUERITE AMASS, Respondent, v. VICTOR AMASS, Appellant.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.